UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WISDOM,<br><br>   Plaintiff,<br><br>   v.<br><br>GENPACT SERVICES,<br><br>   Defendant. | Case No.: 1:14-cv-01077 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 5) |

On August 22, 2014, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 11) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **October 20, 2014**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **August 25, 2014**          /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE

1