UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT WISDOM,** | **1:14-cv-1077-LJO-JLT** |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 7)** |
| v. | |
| **GENPACT SERVICES, LLC,** | |
| Defendant. | |

On October 15, 2014, Robert Wisdom ("Plaintiff") filed a notice of voluntary dismissal. Doc. 7 at 1. Plaintiff's notice will be construed as a request for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because no defendant has yet filed an answer or motion for summary judgment. Plaintiff voluntarily dismisses his complaint in its entirety with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 7), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the Clerk of Court to close this action.

**SO ORDERED**
**Dated: October 16, 2014**

                        **/s/ Lawrence J. O'Neill**
                        **United States District Judge**